JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
nsantoro@santoronevad.com
SANTORO WHITMIRE
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone:    702/948-8771
Facsimile:    702/948-8773

*Attorneys for Defendants/Counterclaimants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | No.: 2:12-cv-00564-MMD-RJJ |
| Plaintiff. | |
| v. | **APPENDIX TO DEFENDANTS/ COUNTERCLAIMANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES** |
| YOUR VITAMINS, INC., d/b/a PROCAPS LABORATORIES, and ANDREW LESSMAN, | |
| Defendants, | **(Oral Argument Requested)** |
| YOUR VITAMINS, INC., d/b/a PROCAPS LABORATORIES, and ANDREW LESSMAN, | |
| Counterclaimants, | |
| v. | |
| THE PHOENIX INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | |
| Counterdefendants. | |

SANTORO WHITMIRE
10001 Park Run Drive, Las Vegas, Nevada 89145
(702) 948-8771 – fax (702) 948-8773

**TABLE OF CONTENTS**

**Description**                                                                                                    **Exhibit**

LR26-7 Certification of Counsel in Support of Motion to Compel (0001-0033).........................A

Complaint filed in Underlying Matter (QVC, et al. v. ProCaps)(0034-0054).............................B

QVC's Motion for TRO and Preliminary Injunction in Underlying Matter (0055-0088)...........C

ProCaps Opposition to QVC's Motion for TRO and Preliminary Injunction (0089-0121).......D

QVC's Reply Memorandum in Underlying Action (0122-0138)...............................................E

Travelers' Response to ProCaps' Request for Production of Documents (0139-0153).............F

Travelers' Answers to ProCaps' First Set of Interrogatories (0154-0160)..............................G

CD Exhibit Page (0161)................................................................................................................H

SANTORO WHITMIRE
10001 Park Run Drive, Las Vegas, Nevada 89145
(702) 948-8771 – fax (702) 948-8773

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of September, 2012, and pursuant to FRCP 5(b), I deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **APPENDIX TO DEFENDANTS/COUNTERCLAIMANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES,** postage prepaid and addressed to:

Criag R. Delk, Esq.
THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER
1100 E. Bridger Ave
P.O. Drawer 2070
Las Vegas, NV 89125
cdelk@thorndal.com
*Attorneys for Plaintiffs/Counterdefendants*

Nicholas D. Butovich, Esq.
LITCHFIELD CAVO LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
butovich@litchfieldcavo.com
*Attorneys for Plaintiffs/Counterdefendants*

An employee of Santoro Whitmire

SANTORO WHITMIRE
10001 Park Run Drive, Las Vegas, Nevada 89145
(702) 948-8771 – fax (702) 948-8773

- 3 -