JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
nsantoro@santoronevad.com
SANTORO WHITMIRE
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone:    702/948-8771
Facsimile:    702/948-8773

*Attorneys for Defendants/Counterclaimants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, TRAVELERSPROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Plaintiff. <br><br> v. <br><br> YOUR VITAMINS, INC., d/b/a PROCAPS LABORATORIES, and ANDREW LESSMAN, <br><br> Defendants, <br>———————————————————<br> YOUR VITAMINS, INC., d/b/a PROCAPS LABORATORIES, and ANDREW LESSMAN, <br><br> Counterclaimants, <br><br> v. <br><br> THE PHOENIX INSURANCE COMPANY, TRAVELERSPROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Counterdefendants. | No.: 2:12-cv-00564-MMD-RJJ <br><br><br> **DEFENDANTS'/COUNTERCLAIMANTS' MOTION FOR LEAVE TO FILE UNDER SEAL A LIMITED NUMBER OF EXHIBITS SUBMITTED IN CONNECTION WITH: (1) REPLY TO TRAVELERS' RESPONSE TO MOTION TO COMPEL AND (2) REPLY TO TRAVELERS' RESPONSE TO COUNTERMOTION FOR SUMMARY JUDGMENT** |

<div style="margin-left: sidebar">SANTORO WHITMIRE<br>10001 Park Run Drive, Las Vegas, Nevada 89145<br>(702) 948-8771 – fax (702) 948-8773</div>

1. Your Vitamins, Inc., d/b/a ProCaps Laboratories, and Andrew Lessman (collectively, "Defendants"), by and through their attorneys of Santoro Whitmire, hereby file Defendants'/Counterclaimants' Motion For Leave to File Under Seal a Limited Number of Exhibits Submitted in Connection with (1) Reply to Travelers' Response to Motion to Compel and (2) Reply to Travelers' Response to Countermotion for Summary Judgment. In support thereof, Defendants state as follows:

1. On November 30, 2012, Defendants/Counterclaimants filed a redacted version of Defendants/Counterclaimants' Reply to Plaintiffs' Response to Motion to Compel Production of Documents and Responses to Interrogatories [Dkt. 62].

2. On November 30, 2012, Defendants/Counterclaimants filed a redacted version of Defendants/Counterclaimants' Reply to Plaintiffs' Response to Countermotion for Partial Summary Judgment [Dkt. 63].

3. Defendants seek to file under seal a limited number of exhibits to each of the foregoing filings.

4. The redacted materials relate to documents that are sensitive in nature, that may contain confidential information and which is appropriately protected from disclosure by the Protective Order in this case.

5. This Motion seeks permission to file the un-redacted exhibits to the motions:

- Exs. C-E to the Reply [Dkt. 62] relating to the Motion to Compel
- Ex. A to the Reply [Dkt. 63] relating to the Countermotion for Partial Summary Judgment

Dated this 30th day of November, 2012.

**SANTORO WHITMIRE**

*/s/ James E. Whitmire*
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Defendants/Counterclaimants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 3, 2012