UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOUR VITAMINS, INC. d/b/a PROCAPS LABORATORIES and ANDREW LESSMAN,<br><br>Defendants. | Case No. 2:12-cv-00564-MMD-NJK<br><br>AMENDED ORDER |
| YOUR VITAMINS, INC. d/b/a PROCAPS LABORATORIES and ANDREW LESSMAN,<br><br>Counterclaimants,<br><br>v.<br><br>THE PHOENIX INSURANCE COMPANY and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Counterdefendants. | |

Before the Court is Plaintiff's Request for Settlement Conference (dkt. no. 77). GOOD CAUSE APPEARING, Plaintiff's request is GRANTED.

IT IS ORDERED that this case be reassigned to Magistrate Judge Robert A. McQuaid, Jr. to preside over settlement. All deadlines are suspended pending the settlement conference.

DATED THIS 24th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE