# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Plaintiffs/Counterdefendants, <br><br> vs. <br><br> YOUR VITAMINS, INC., d/b/a PROCAPS LABORATORIES, and ANDREW LESSMAN, <br><br> Defendants/Counterclaimants. | 2:12-cv-00564-MMD-NJK <br><br> **O R D E R** |

This matter came before the Court on Plaintiffs' Motion for Stay of Discovery Pending Resolution of Summary Judgment Motions on Threshold Questions of Law (#75). The Court has reviewed the Plaintiffs' Motion (#75) and all arguments and legal authority therein.

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Stay of Discovery (#75) is **DENIED**.

DATED this   5th   day of February, 2013.

NANCY J. KOPPE
United States Magistrate Judge