# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE PHOENIX INSURANCE CO., et al. )
                       Plaintiffs, )    Case No. 2:12-cv-00564-MMD-NJK
vs. )    ORDER VACATING BRIEFING
                                                         )    SCHEDULE (Docket Nos. 78, 80)
YOUR VITAMINS, INC., et al., )
                       Defendants. )

      Pending before the Court are a motion for protective order and motion to compel. (Docket Nos. 78, 80). In light of Judge Du's Amended Order of January 24, 2013 suspending all deadlines pending the settlement conference (Docket No. 84), responses to those motions are not due at this time. Instead, in the event the settlement conference is unsuccessful and the suspension of deadlines ordered by Judge Du lapses, responses must be filed no later than 14 days thereafter and any replies must be filed no later than 7 days after service of the response.

      IT IS SO ORDERED.

      DATED this 8th day of February, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge