UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| THE PHOENIX INSURANCE CO., et al. | ) | |
| Plaintiffs, | ) | Case No. 2:12-cv-00564-MMD-NJK |
| vs. | ) | ORDER AMENDING DOCKET NO. 88 |
| YOUR VITAMINS, INC., et al., | ) | |
| Defendants. | ) | |

On February 5, 2013, the Court granted in part and denied in part Defendant's Motion to Compel. Docket No. 88. The Court may *sua sponte* reconsider its non-final orders, *see United States v. Martin*, 226 F.3d 1042, 1049 (9th Cir. 2000) (confirming that district court has inherent jurisdiction and authority to modify, alter or revoke its own orders before they become final, "absent some applicable rule or statute to the contrary"), and hereby **AMENDS** its order at Docket No. 88 to include the following at the conclusion of the order:

In light of Judge Du's Amended Order of January 24, 2013 suspending all deadlines pending the settlement conference (Docket No. 84), the supplemental discovery ordered by the Court need not be completed at this time. Instead, in the event the settlement conference is unsuccessful and the suspension of deadlines ordered by Judge Du lapses, the supplemental discovery shall be completed within a reasonable time thereafter.

IT IS SO ORDERED.

DATED this 8th day of February, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge