# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE PHOENIX INSURANCE CO., et al. ) | |
| Plaintiffs, ) | Case No. 2:12-cv-00564-MMD-NJK |
| vs. ) | ORDER AMENDING DOCKET NO. 89 |
| YOUR VITAMINS, INC., et al., ) | |
| Defendants. ) | |

On February 5, 2013, the Court denied Plaintiffs' Motion for Stay of Discovery. Docket No. 89. The Court may *sua sponte* reconsider its non-final orders, *see United States v. Martin*, 226 F.3d 1042, 1049 (9th Cir. 2000) (confirming that district court has inherent jurisdiction and authority to modify, alter or revoke its own orders before they become final, "absent some applicable rule or statute to the contrary"), and hereby **AMENDS** its order at Docket No. 89 such that it is replaced with the following:

In light of Judge Du's Amended Order of January 24, 2013 suspending all deadlines pending the settlement conference (Docket No. 84), the Motion for Stay of Discovery (Docket No. 75) is hereby **DENIED** as moot. All discovery is stayed pending the settlement conference.

IT IS SO ORDERED.

DATED this 8th day of February, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge